UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RE:   JAMES AND SHARON TUCKER                CASE NO.: 6:16-BK-71077
      DEBTORS                                              CHAPTER 13

## MODIFICATION OF CHAPTER 13 PLAN

Come now the debtors and for their modification to the original or modified Chapter 13 plan state:

1. **PAYMENT TO THE TRUSTEE:** Shall be made by the Debtors by payroll withholding order as set forth below:

Debtor shall pay the sum of $1829.33 per month to the Trustee until Debtor's Tort Claim has been approved.  Upon receipt of settlement funds, Debtors' plan shall be paid in full as set forth herein.  Debtors have paid into their plan for 36 months, and plan shall be deemed completed upon trustee's receipt of settlement proceeds.

Name of Employer:  St. Vincent's Family Clinic
Address:  4202 South University
          Little Rock, AR  72201
Phone number:  (501) 562-4838

Debtor is paid Bi-Weekly.


2. **PLAN LENGTH**:  Debtor shall remain in the Chapter 13 bankruptcy for 60 months or until such time as all allowed claims are paid in full.

3. **ALLOWED UNSECURED CLAIMS** are to be paid a 100% dividend.


4. **MODIFIED TREATMENT OF EXISTING CREDITORS:**

The following CHANGES ARE TO BE MADE TO EACH CREDITOR **AS** SET OUT BELOW:

   CREDITOR NAME          CHANGE IN TREATMENT/CLASSIFICATION
1) U.S. Bank, N.A.        Any remaining pre-petition arrearage claim shall be paid in
                          Full from tort settlement proceeds.  Any post-petition on-going
                          Monthly mortgage payments owed at the time of receipt of tort
                          Settlement proceeds shall be paid in full so that debtors will be
                          Current post-petition upon completion of their case.

ALLOWED UNSECURED CLAIMS SHALL BE PAID A 100% DIVIDEND.

5. UNSECURED CREDITORS shall be paid at least as much as they would receive under CHAPTER 7.

6. ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAIN THE SAME.

DATE: May 8, 2019.

                Respectfully Submitted,

                /s/ Annabelle L. Patterson
                Annabelle L. Patterson, ABN 85204
                Annabelle Lee Patterson, PLC
                646 Quapaw Ave.
                Hot Springs, AR. 71901
                (501) 701-0027 Phone
                (972) 559-3596 Fax
                ab@apattersonlaw.com

## CERTIFICATE OF SERVICE

I, Annabelle Lee Patterson, the undersigned attorney do hereby certify that I have served a copy of the foregoing modification upon Jack W. Gooding, Trustee, and upon all interested parties by first class mail on this the 8th day of May, 2019.

                /s/ Annabelle L. Patterson
                Annabelle Lee Patterson, ABN 85204

All creditors and other interested parties per matrix.